Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re __Anwar Mizyed__, Debtor

Case No. __09-16092__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   Am x  $ __68.50__   Check one  ☒ With the filing of the petition, or
                                   ☐ On or before x __5-4-09__
   Am x  $ __68.50__   on or before x __6-4-09__
   Am √  $ __68.50__   on or before x __7-4-09__
   Am x  $ __68.50__   on or before x __8-4-09__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____    x _Anwar Mizyed_  __5-4-09__
Signature of Attorney        Date      Signature of Debtor        Date
                                       (In a joint case, both spouses must sign.)

Name of Attorney
                                       _____   _____
                                       Signature of Joint Debtor (if any)   Date



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY - 4 2009
KENNETH S. GARDNER, CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re: _ANWAR MIZYED_,  Case No. 09-16092
        Debtor

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐ With the filing of the petition, or
                          ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: MAY 04 2009

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner Clerk of the Court